IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WALTON TENNESSEE, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:24-cv-01308 |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN SKRMETTI, in his official capacity as the Tennessee Attorney General & Reporter, *et al.*, | ) | JUDGE RICHARDSON |
| | ) | |
| Defendants. | ) | |

# ORDER

Plaintiffs have filed a "Notice of Withdrawal of Motion for Preliminary Injunction and Supporting Memorandum" (Doc. No. 37, "Notice") whereby they have withdrawn their previously filed motion for a preliminary injunction (Doc. No. 25, "Motion"). Plaintiffs' withdrawal is based on statements Defendants made in their brief in opposition to the Motion to the effect that Plaintiffs presently would not be subject to the divestment, escheatment and criminal provisions of Public Chapter 995 that go into effect on January 1, 2025. The Court acknowledges this Notice and deems it well-taken. The Court also notes that the withdrawal effected via the Notice is without prejudice to Plaintiffs filing another motion for preliminary injunction (which, if filed, at Plaintiff's option may rely on and incorporate by reference anything filed in connection with the Motion) should circumstances so warrant.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE