IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WALTON TENNESSEE, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 3:24-cv-01308 |
| ) | |
| v. ) | |
| ) | JUDGE RICHARDSON |
| JONATHAN SKRMETTI, in his official ) | |
| capacity as the Tennessee Attorney General ) | |
| & Reporter, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiffs have filed a "Notice of Voluntary Dismissal" (Doc. No. 39, "Notice") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Notice was filed before any of the Defendants served either an answer or a motion for summary judgment. Therefore, under Rule 41(a)(1)(A)(i), the Notice suffices to dismiss this case without any action on the part of the Court. The Notice states that the dismissal is without prejudice, and so it is indeed without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Accordingly, the Court acknowledges that this case has been **DISMISSED** without prejudice, and the Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE