**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Walton Tennessee, LLC, et al.

                               Plaintiff,

v.                                                                Case No.: 3:24–cv–01308

Jonathan Skrmetti, et al.

                               Defendant,

**ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/3/2025 .

Lynda M. Hill
s/ Caylor A Haynes, Deputy Clerk